(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Brandin Lee Penchyer

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Corporal Price
C/O Perez

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

**FILED**
JUN 07 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civ. Action No. **22-748**
(To be assigned by Clerk's Office)

## COMPLAINT
_(Pro Se Prisoner)_

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **10**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Panchyfer Brendon L.S        Aliases: Bud

Prisoner ID #: 41072P

Place of Detention: James T Vaughn Correctional Center

Institutional Address: 1181 Paddock Rd

County, City: Kent Smyrna    State: DE    Zip Code: 19977

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page **2** of **10**

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Cpl Price__
Name (Last, First)

__Corrections Officer (Corporal)__
Current Job Title

__1181 Paddock Rd__
Current Work Address

__Kent  Smyrna__   __DE__   __19977__
County, City       State   Zip Code


Defendant 2: __Perez__
Name (Last, First)

__Corrections Lieutenant__
Current Job Title

__1181 Paddock Rd__
Current Work Address

__Kent  Smyrna__   __DE__   __19977__
County, City       State   Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

County, City          State          Zip Code

Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

County, City          State          Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: James T Vaughn Correctional Center

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment Cruel and Unusual Punishment
14th Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

I was housed on C/S-D block Tier at approximately 9:50 AM I smeared feces on the hull in my cell I was informed I no longer would be placed 10 minutes later Lt Perez came on the tier asked me if I was done and I said done. What he then instructed Corporal Price to spray his css verbeson in my cell. And the door was opened and I was sprayed for approximately 3 seconds I had not put to threat the security risk or was I being disruptive at the time I was standing quietly and calmly in my cell. After being sprayed I had just a shower when I had a seizure upon coming out of the seizure in the floor on the icicle steps I hurt Lt Perez say I hope he pukes enough so I can take his good off productive and on him

| Who did what? | Lt Pierce gave the order to spray me which Cpl cheroll price complied with. I was non combative and causing a disturbance and posed no risk or immediate threat. |
|---|---|

Case 1:22-cv-00748-RGA   Document 1   Filed 06/07/22   Page 7 of 11 PageID #: 7

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Officer Dickerson Corporal Shannon Corbett and various other officers

> **Was anyone else involved?**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
If no, explain why not:

Is the grievance process completed?  ☐ Yes  ☑ No
If no, explain why not:
The grievance has been rejected

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like compensatory relief my eye has been damaged from the spray I have a tear in my eye from the pick up the spray

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes   ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:
- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Brandon Lee Pember v Delaware Department of Correctional Commissioner et al monroe D Hudson officer Guedimuz officer Guthrie Richard muy

8th Amendment 1st Amendment violation

Still pending

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-3-2022
Dated

Brndn L Pxx
Plaintiff's Signature

Penchair   Brndn L
Printed Name (Last, First, MI)

410728
Prison Identification #

1181 Pddick Rd        Smyrna        DE        19977
Prison Address            City              State     Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Brendan Penhiger
SBI# 010728    UNIT A-Tier 21

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



FILED
JUN 07 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Office of The Clerk
United States District Court
844 N King St Unit 18
Wilm DE 19801-3570